IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:15-cv-00362-KS

| | |
|---|---|
| TIMOTHY JONES, ) | |
|     Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |
| ) | |

Upon consideration of the Commissioner's unopposed Motion to Appear by Videoconference for the hearing scheduled on July 14, 2016, at 1:30 PM, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this 21st day of June 2016.

*Kimberly A. Swank*
Kimberly A. Swank
United States Magistrate Judge