UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WAYNE JONES, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:15-CV-362-KS |
| CAROLYN W. COLVIN, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion for Judgment on the Pleadings [DE-12], DENIES the Defendant's Motion for Judgment on the Pleadings [DE-15], and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further consideration.

This judgment filed and entered on September 6, 2016, with *electronic service* upon:

**Charlotte Hall**
PO Box 10629
Raleigh, NC 27605
*Counsel for Plaintiff*
*via CM/ECF*

**Jamie D.C. Dixon**
Social Security Administration
6401 Security Blvd., Altmeyer Building
Baltimore, MD 21235
*Counsel for Defendant*
*via CM/ECF*

                                                              **JULIE R. JOHNSTON**
                                                              **CLERK, U.S. DISTRICT COURT**

September 6, 2016                                            /s/ *Shelia D. Foell*
                                                               (By): Shelia D. Foell, Deputy Clerk